**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| | : | |
| **PRECIOUS JOY MITCHELL,** | : | |
| *Debtor*, | : | |
| | : | |
| | : | **No. 26-10148** |
| | : | |
| | : | |
| . . . . . . . . . . . . . . . . . . . . . . . . . . | : | |
| | : | |
| **PRECIOUS JOY MITCHELL,** | : | **CIVIL ACTION** |
| *Appellant,* | : | |
| | : | |
| v. | : | |
| | : | |
| **LISS PROPERTY GROUP, LLC,** | : | **No. 26-2481** |
| *Appellee.* | : | |

**FINAL ORDER**

**AND NOW**, this **6th** day of **July 2026**, upon consideration of Appellant Precious Joy Mitchell's Appeal from Orders entered by Chief U.S. Bankruptcy Judge Ashely M. Chan on March 31, 2026, April 1, 2026, and April 8, 2026 (ECF No. 1) (hereinafter, "Bankruptcy Appeal"), the Briefing Schedule entered in this case (ECF No. 9), and the docket, it is hereby **ORDERED** as follows:

1. Appellant's Bankruptcy Appeal is **DISMISSED** for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

2. The Clerk of Court is respectfully directed to **CLOSE** the case.

> **BY THE COURT:**
>
> **/s/ Chad F. Kenney**
> _____
> **CHAD F. KENNEY, JUDGE**